```
MONIQUE VICTORIA SARTIN          LVNV FUNDING LLC                 THE BUREAUS INC
P.O. BOX 1704                    P.O. BOX 1269                    ATTN: BANKRUPTCY
MONTICELLO, MS 39654             GREENVILLE, SC 29602             711 N EDGEWOOD AVE
                                                                  SUITE 200
                                                                  WOOD DALE, IL 60191


THOMAS C. ROLLINS, JR.           MENDOTA INSURANCE CO             US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC       P.O. BOX 15122                   US DEPT OF JUSTICE
P.O. BOX 13767                   WORCESTER, MA 01615              950 PENNSYLVANIA AVENW
JACKSON, MS 39236                                                 WASHINGTON, DC 20530-00



CAINE & WEINER                   NATIONAL ENTERPRISE SY           USDA RURAL DEVELOPMENT
ATTN: BANKRUPTCY                 29125 SOLON RD                   ATTN: BANKRUPTCY DEPT
5805 SEPULVEDA BLVD              SOLON, OH 44139-3442             PO BOX 66889
4TH FLOOR                                                         ST. LOUIS, MO 63166
SHERMAN OAKS, CA 91411


CAPITAL ONE                      PORTFOLIO RECOVERY               USDA RURAL DEVELOPMENT
P.O. BOX 60599                   ATTN: BANKRUPTCY                 C/O US ATTORNEY
CITY OF INDUS, CA 91716-0599     120 CORPORATE BLVD               501 E COURT ST
                                 NORFOLK, VA 23502                STE 4.401
                                                                  JACKSON, MS 39201


CREDIT ONE                       REGIONS BANK
PO BOX 98872                     PO BOX 10063
LAS VEGAS, NV 89193              BIRMINGHAM, AL 35202-0063




FIRST PREMIER BANK               REPUBLIC FINANCE
3820 N LOUISE AVE                525 BROOKWAY BLVD
SIOUX FALLS, SD 57107            BROOKHAVEN, MS 39601




GLOBAL LENDING SERVICE           SMITH ROUCHON
ATTN: BANKRUPTCY                 1456 ELLIS AVE
PO BOX 10437                     JACKSON, MS 39204
GREENVILLE, SC 29603




JANUARY TECHNOLOGIES             SOUTHWEST MS REGIONAL
176 GRAND ST, 4TH FL             P.O. BOX 1307
NEW YORK, NY 10013-9998          MCCOMB, MS 39649




LAKELAND RADIOLOGISTS            TATE & KIRLIN ASSOCIAT
PO BOX 23073                     4800 STREET RD
JACKSON, MS 39225-3073           STE 170
                                 FEASTERVILLE TREVOSE, PA 19053
```