In the United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| IN RE: Monique Victoria Sartin | ) Chapter: 13 |
| | ) Bankruptcy No: 25-51905 |
| | ) Account No: 6124 |
| | ) **REQUEST FOR NOTICE** |

     Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

          United States Department of Agriculture
          Natl. Financial & Accounting Operations Center
          PO Box 66879
          St. Louis, MO  63166

          UNITED STATES OF AMERICA  United States Department of Agriculture   Rural Housing Service   Rural Development   Centralized Servicing Center

Date: 01/20/2026          /s/ Vanessa McDonald
                                  Vanessa McDonald
                                  Bankruptcy Processor
                                  Customer Service Center - USDA
                                  1-800-349-5097 ext.