| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Monique Victoria Sartin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi (State) |
| Case number | 25-51905 |

Official Form 410S1

# Notice of Mortgage Payment Change                        12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6 1 2 4

**Date of payment change:** Must be at least 21 days after date of this notice — 03/04/2026

**New total payment:** Principal, interest, and escrow, if any — $ 1,154.12
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 385.36        **New escrow payment:** $ 431.78

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%         **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☒ No
   ☐ Yes.

   **Current HELOC payment:** $ _____

   **Reconciliation amount:** + $ _____ or
                              - $ _____

Official Form 410S1                   Notice of Mortgage Payment Change                   page 1

| Debtor 1 | Monique Victoria Sartin | Case number (if known) | 25-51905 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| Amount of next payment (including reconciliation amount) | $_____ |
|---|---|
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

### Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: ___  _____

   Current mortgage payment: $ __1,393.93__     New mortgage payment: $ __1,154.12__

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Vanessa McDonald                                   Date  01/22/2026
   Signature

| Print: | Vanessa | | McDonald | Title | `Bankruptcy Specialist |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | USDA - Rural Housing Sevice - CSC |
|---|---|

| Address | PO Box 66879 |
|---|---|
| | Number    Street |
| | St Louis                                           MO      63166 |
| | City                                                State    ZIP Code |

| Contact phone | (800) 349–5097 | Email | sm.rd.so.bkr@usda.gov |
|---|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Vanessa McDonald                                01/22/2026
                                                                   (Date)

**Debtor(s) & Address:** Monique Victoria Sartin  
P.O. Box 1704  
Monticello, MS 39654

**Case No.** 25-51905  
**Claim No.** 5  
**USDA Acct No.** 6 1 2 4

**Attorney & Address:** Thomas Carl Rollins, Jr  
The Rollins Law Firm, PLLC  
PO BOX 13767  
Jackson, MS 39236

**Trustee & Address:** David Rawlings  
David Rawlings, Chapter 13 Trustee  
P.O. Box 566  
Hattiesburg, MS 39403

**Effective** 03 04 2026 **, the monthly ongoing payment is changing due to:**

No ___   Yes ✓   **ESCROW:**  
No ✓   Yes ___   **OTHER:**

## PAYMENT CALCULATION

|  | Current Payment |  | New Payment |
|---|---|---|---|
| Principal & Interest | 1,008.57 | Principal & Interest | 1,008.57 |
| Less Subsidy |  | Less Subsidy | 286.23 |
| Total P&I Payment | 1,008.57 | Total P&I Payment | 722.34 |
|  |  |  |  |
| Escrow | 385.36 | Escrow | 417.75 |
| Escrow shortage |  | Escrow shortage | 14.03 |
| Total Escrow | 385.36 | Total Escrow | 431.78 |
|  |  |  |  |
| Fees |  | Fees |  |
|  |  |  |  |
| Total Payment | 1,393.93 | Total Payment | 1,154.12 |

| | |
|---|---|
| Southern District of Mississippi | Case No. 25-51905 |
| | Claim No. 5 |

## CERTIFICATE OF SERVICE

I, Vanessa McDonald, do hereby certify that on 01/22/2026, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

**Debtor(s)**

Monique Victoria Sartin

P.O. Box 1704
Monticello, MS 39654

**Via CM/ECF:**

**Debtor's Attorney of Record:**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Chapter 13 Trustee:**

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

Date: 01/22/2026

/s/ Vanessa McDonald
Vanessa McDonald
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226




MONIQUE SARTIN                          YOUR LOAN NUMBER:
PO BOX 1704
MONTICELLO           MS 39654

                                        DATE: 12/23/25


       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 03/04/26 THROUGH 02/28/27.
------ ANTICIPATED PAYMENTS FROM ESCROW - 03/04/26 THROUGH 02/28/27 ------
               INSURANCE                  4249.25
               COUNTY TAX                  763.77

          TOTAL PAYMENTS FROM ESCROW      5013.02

          MONTHLY PAYMENT TO ESCROW        417.75 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY - 03/04/26 THROUGH 02/28/27--------
          -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW  DESCRIPTION      ANTICIPATED         REQUIRED
                    ACTUAL  STARTING BALANCE           -6.65           835.52
MAR 26   417.75                                       411.10          1253.27
APR 26   417.75                                       828.85          1671.02
MAY 26   417.75                                      1246.60          2088.77
JUN 26   417.75                                      1664.35          2506.52
JUL 26   417.75                                      2082.10          2924.27
AUG 26   417.75                                      2499.85          3342.02
SEP 26   417.75                                      2917.60          3759.77
OCT 26   417.75                                      3335.35          4177.52
NOV 26   417.75                                      3753.10          4595.27
DEC 26   417.75                                      4170.85          5013.02
JAN 27   417.75      763.77   COUNTY TAX             3824.83          4667.00
FEB 27   417.75     4249.25   INSURANCE    ALP         -6.67   RLP     835.50

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -842.17.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM MARCH 04, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                            1008.57
          ESCROW (1/12TH OF ANNUAL ANTICIPATED             417.75
            DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
          PLUS: SHORTAGE PAYMENT                            14.03
          MINUS: SURPLUS CREDIT                              0.00
          ROUNDING ADJUSTMENT                                0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS               286.23


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 03/04/26      1154.12
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      835.50.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS          835.50.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/25       385.36       02/25       385.36       03/25       4624.32   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
02/26    4249.25 INSURANCE             01/26     763.77 COUNTY TAX
00/00       0.00                       00/00       0.00
```

```
E
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS            MO 63102

800-414-1226




MONIQUE SARTIN                      YOUR LOAN NUMBER:
PO BOX 1704
MONTICELLO       MS 39654

                           DATE: 12/23/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAY 04, 2024 AND ENDING APR 30,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

            --- YOUR PAYMENT BREAKDOWN AS OF MAY 04, 2024 IS ---

                  PRINCIPAL & INTEREST             1008.57
                  ESCROW DEPOSIT                    385.36
                  OPTIONAL INSURANCE                  0.00
                  REPLACE RESV/FHA SVC CHG            0.00
                  SHORTAGE                            0.00
                  DEFICIENCY                          0.00
                  SURPLUS                             0.00
                  ROUNDING                            0.00
                  LESS BUYDOWN/ASST PAYMENT           0.00
                  BORROWER PAYMENT                 1393.93

         PAYMENTS TO ESCROW    --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ    ACTUAL   PRIOR PRJ    ACTUAL DESCRIPTION   PRIOR PRJ      ACTUAL
FEB 24      0.00                           3889.96  INSURA         0.00       -7680.59
MAR 24      0.00    9222.06                                        0.00        1541.47
APR 24      0.00                                                   0.00        1541.47
                                    STARTING BALANCE             1541.47       1541.47
MAY 24    385.36       *                                         1926.83       1541.47
JUN 24    385.36       *                                         2312.19       1541.47
JUL 24    385.36       *                                         2697.55       1541.47
AUG 24    385.36       *                                         3082.91       1541.47
SEP 24    385.36       *                                         3468.27       1541.47
OCT 24    385.36       *                                         3853.63       1541.47
NOV 24    385.36       *                                         4238.99       1541.47
DEC 24    385.36       *                                         4624.35       1541.47
JAN 25    385.36       *      734.39      763.77* COUNTY         4275.32         777.70
FEB 25    385.36       *     3889.96     4249.25* INSURA          770.72 T    -3471.55 A
```

```
MAR 25     385.36     385.36
                      385.36
                      385.36
                      385.36
                      385.36
                      385.36
                      385.36
                      385.36*                           1156.08        -388.67
APR 25     385.36          *                            1541.44        -388.67
TOTALS               12304.94         8902.98
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS       770.72. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     -3471.55.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00         00/00          0.00      00/00          0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00                        00/00          0.00
00/00          0.00                        00/00          0.00
00/00          0.00                        00/00          0.00