## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Monique Victoria Sartin                                            **CHAPTER 13**
         Debtor                                                                  **CASE NO. 25-51905-KMS**

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Global Lending Services LLC ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1.       Objector holds a claim against the Debtor which is secured by a 2019 FORD EXPLORER , VIN: 1FM5K7DHXKGB02534 ("Property").

2.       The amount owed on the Property is approximately $22,114.45 plus interest.

3.       Debtor's Chapter 13 Plan proposes to value the Property at $8,114.40 with an interest rate of 10%.

4.       The value of the Property which should be paid to Objector is approximately $9,652.50.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its Property of $9,652.50 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Monique Victoria Sartin
P.O. Box 1704
Monticello, MS 39654

/s/ Charles Frank Fair Barbour

2