United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51905-KMS |
| Monique Victoria Sartin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: n031 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Victoria Sartin, P.O. Box 1704, Monticello, MS 39654-1704 |
| 5603821 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5603823 | + | Mendota Insurance Co, P.O. Box 15122, Worcester, MA 01615-0122 |
| 5603829 | + | Southwest MS Regional, P.O. Box 1307, McComb, MS 39649-1307 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: sm.rd.so.bkr@usda.gov | Feb 09 2026 19:31:00 | USDA, USDA-Rural Housing Service, Customer Service Center, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 5603815 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 09 2026 19:31:39 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5603816 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:45:40 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5603817 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2026 19:45:40 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5603818 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 09 2026 19:45:46 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5603819 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 19:31:00 | Global Lending Service, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5613959 | | Email/Text: bankruptcy@glsllc.com | Feb 09 2026 19:31:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5603820 | ^ | MEBN | Feb 09 2026 19:30:36 | January Technologies, 176 Grand St, 4th Fl, New York, NY 10013-3786 |
| 5603822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:45:40 | LVNV Funding LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5603824 | ^ | MEBN | Feb 09 2026 19:30:27 | National Enterprise Sy, 29125 Solon Rd, Solon, OH 44139-3442 |
| 5603825 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 19:45:43 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5619377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 19:45:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5613391 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 19:31:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5606337 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 19:31:00 | Quantum3 Group LLC as agent for, BUREAUS |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: n031 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5603827 | | Email/Text: bankruptcy@republicfinance.com | Feb 09 2026 19:31:00 | Republic Finance, 525 Brookway Blvd, Brookhaven, MS 39601 |
| 5607463 | | Email/Text: bankruptcy@republicfinance.com | Feb 09 2026 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5603826 | | Email/Text: newbk@Regions.com | Feb 09 2026 19:31:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5603828 | + | Email/Text: Tracey@sra-inc.net | Feb 09 2026 19:31:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5603830 | ^ | MEBN | Feb 09 2026 19:30:19 | Tate & Kirlin Associat, 4800 Street Rd, Ste 170, Feasterville Trevose, PA 19053-6660 |
| 5603831 | + | Email/Text: bnc-thebureaus@quantum3group.com | Feb 09 2026 19:31:00 | The Bureaus Inc, Attn: Bankruptcy, 711 N Edgewood Ave, Suite 200, Wood Dale, IL 60191-1254 |
| 5603832 | ^ | MEBN | Feb 09 2026 19:30:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5603833 | + | Email/Text: sm.rd.so.bkr@usda.gov | Feb 09 2026 19:31:00 | USDA Rural Development, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5603834 | + | Email/Text: ebone.woods@usdoj.gov | Feb 09 2026 19:31:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5614015 | + | Email/Text: sm.rd.so.bkr@usda.gov | Feb 09 2026 19:31:00 | United States Department of Agriculture, Natl. Financial & Accounting, Operations Center, PO Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Global Lending Services LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 09, 2026 | Form ID: n031 | Total Noticed: 28 |

Charles F. F. Barbour
    on behalf of Creditor Global Lending Services LLC cbarbour@blswlaw.com

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Monique Victoria Sartin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51905−KMS
**Chapter:** 13

**In re:**

Monique Victoria Sartin
P.O. Box 1704
Monticello, MS 39654

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 9, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 9, 2026

Danny L. Miller, Clerk of Court